No. 02–5727.  SMITH *v.* MIRO ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–5729.  SKINNER *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 02–5732.  BROWN *v.* BATTLES, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 02–5737.  BURROUGHS *v.* GIURBINO, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–5740.  WILLIAMS *v.* DUNCAN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–5756.  WINKE *v.* IOWA DISTRICT COURT FOR LEE COUNTY ET AL.  Sup. Ct. Iowa.  Certiorari denied.

No. 02–5757.  WINKE *v.* IOWA DISTRICT COURT FOR LEE COUNTY ET AL.  Sup. Ct. Iowa.  Certiorari denied.

No. 02–5760.  BURNS *v.* FLORIDA ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–5762.  MITCHELL *v.* CAREY, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–5765.  LEE *v.* NORTH CAROLINA.  Ct. App. N. C.  Certiorari denied.

No. 02–5769.  LONG *v.* KENTUCKY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 02–5772.  DIXON *v.* KEANE, SUPERINTENDENT, WOODBOURNE CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–5775.  RAMELORIC *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 02–5786.  RUSSELL *v.* MISSISSIPPI DEPARTMENT OF CORRECTIONS.  Sup. Ct. Miss.  Certiorari denied.

No. 02–5788.  STONE *v.* KENTUCKY.  Ct. App. Ky.  Certiorari denied.